# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-00130-01-CR-W-RK |
| | ) | |
| AARON D. COPES, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On May 31, 2023, the Grand Jury returned a one-count Indictment charging Defendant Aaron D. Copes[1] with conspiracy to use facilities in interstate commerce in furtherance of unlawful activity.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Paul S. Becker and John C. Constance
        Case Agent: Agent Justin Cobb, FBI; paralegal Rob Mayo
   Defense: Angela Williams and Stephen C. Moss
         Investigators: Mark Wolpink and possibly Kendra Jackson

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 10 with stipulations; 15 without stipulations
    Defendants: 10 witnesses, including the Defendants

**TRIAL EXHIBITS:**
    Government: approximately 120 exhibits
    Defendants: approximately 75 exhibits

---

[1] Defendant Deanna K. Clark is expected to change her plea, but a date has not yet been set. Defendant James A. Booker, Jr. changed his plea on December 16, 2024. Defendant Stephanie McDaniel plead guilty to Count One and on June 25, 2024, was sentenced to a probation term of three years.

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 6 days total**
Government's case including jury selection: 4 day(s)
Defendants: 2 day(s)

**STIPULATIONS**: The parties expect stipulations with regard to accuracy of transcripts and business records.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

**Witness and Exhibit Lists**
Government: None filed. **Due on or before December 23, 2024.**
Defendants: None filed. **Due on or before December 23, 2024**.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before December 30, 2024.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before December 30, 2024.**

**TRIAL SETTING**: Criminal jury trial docket set for January 6, 2025.

**Please note:** The parties prefer the first week of the docket. Steve Moss may have a trial on the second week.

It is possible that there will be a need for a short continuance as defense is waiting on an additional disclosure from the Government.

**IT IS SO ORDERED.**

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE