# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 23-00130-01-CR-W-RK |
| AARON D. COPES, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On May 31, 2023, the Grand Jury returned a one-count Indictment charging Defendant Aaron D. Copes[1] with conspiracy to use facilities in interstate commerce in furtherance of unlawful activity.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
        Government: Paul S. Becker and John C. Constance
         Case Agent: Special Agent Justin Cobb, FBI; paralegal Rob Mayo
       Defense: Angela Williams and Stephen C. Moss
           Investigators: Kendra Jackson; paralegal: Sandy Schnack

**OUTSTANDING MOTIONS**:

Defendant was granted until April 15, 2025, to respond to the motion in limine (Doc. #138).

| 12/18/2024 | view138 | MOTION in limine and Trial Memorandum by USA as to Aaron D Copes, Deanna K Clark. Suggestions in opposition/response due by 1/2/2025 unless otherwise directed by the court. (Becker, Paul) (Entered: 12/18/2024) |
|---|---|---|
| 02/25/2025 | view161 | MOTION for discovery by USA as to Aaron D Copes. Suggestions in opposition/response due by 3/11/2025 unless |

---

[1] Defendant Deanna K. Clark pled guilty and is scheduled to be sentenced on May 21, 2025. Defendant James A. Booker, Jr. pled guilty on December 16, 2024, and is awaiting sentencing. Defendant Stephanie McDaniel plead guilty and on June 25, 2024, was sentenced to a probation term of three years.

| | | otherwise directed by the court. (Becker, Paul) (Entered: 02/25/2025) |
|---|---|---|

**TRIAL WITNESSES**:
    Government: 12 with stipulations; 15 without stipulations
    Defendants: 10 witnesses, including the Defendants

**TRIAL EXHIBITS:**
    Government: approximately 120 exhibits
    Defendants: approximately 100 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; (   ) Likely a plea will be worked out

**TRIAL TIME: 6 days total**
    Government's case including jury selection: 4 day(s)
    Defendants: 2 day(s)

**STIPULATIONS**: The parties expect stipulations regarding accuracy of transcripts and business records.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

    Witness and Exhibit Lists
        Government: None filed. **Due on or before April 14, 2025.**
        Defendants: None filed. **Due on or before April 14, 2025**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before April 23, 2025.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** Motion in limine filed 12/18/24 (Doc. #138). **Additional motions due on or before April 23, 2025.**

**TRIAL SETTING**: Criminal jury trial docket set for April 28, 2025.

**Please note:** The parties request the first week of the docket.

**IT IS SO ORDERED.**

                                                 */s/ Lajuana M. Counts*
                                                 LAJUANA M. COUNTS
                                                 UNITED STATES MAGISTRATE JUDGE

3

Case 4:23-cr-00130-RK    Document 200    Filed 04/08/25    Page 3 of 3